PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES. HEHER, COLIE, WACHENFELD, EASTWOOD, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   13.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. BESSIE BOYD ET AL., PLAINTIFFS IN ERROR.

Submitted May 28, 1948—Decided September 3, 1948.

For the plaintiffs in error, *Harold Simandl.*

For the defendant in error, *Duane E. Minard, Jr.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   13.

*For reversal*—None.